**EXHIBIT A**

**F0004**                         **2019132871**



**Fee:** $ 50

Business ID: 1174412
Filed: 04/05/2019 09:25 AM
C. Delbert Hosemann, Jr.
Secretary of State

DELBERT HOSEMANN
*Secretary of State*

**P.O. BOX 136**
**JACKSON, MS 39205-0136**

**TELEPHONE: (601) 359-1633**

## Certificate of Mississippi Limited Partnership

### Business Information

*Business Type:* Limited Partnership
*Business Name:* Great Escapes Pelahatchie, LP
*Business Email:* rjenkins@jenkinsorg.com

### NAICS Code/Nature of Business

721211 - RV (Recreational Vehicle) Parks and Campgrounds

*Address Where Records Are Kept:* 2539 S. Gessner Road, Suite 13
Houston, TX 77063

### Registered Agent

*Name:* Capitol Corporate Services, Inc.

*Address:* 248 E Capitol St., Ste 840
Jackson, MS 39201

### Signature

The undersigned certifies that:
1) he/she has notified the above-named registered agent of this appointment;
2) he/she has provided the agent an address for the company, and;
3) the agent has agreed to serve as registered agent for this company

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *04/05/2019*.

| *Name:* | *Address:* |
|---|---|
| Great Escapes Pelahatchie Management, LLC | 2539 S. Gessner Road, Suite 13 |
| *General Partner* | Houston, TX 77063 |