UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMY NEELEY and DAVID NEELEY
Individually and on Behalf of J.N.; et al.                                                        PLAINTIFFS

V.                                                                    CIVIL NO. 3:21-cv-00786-DPJ-ASH

GREAT ESCAPES PELAHATCHIE, LP
d/b/a JELLYSTONE PARK YOGI ON THE
LAKE; et al.                                                                                          DEFENDANTS

ORDER

BEFORE THE COURT is the Unopposed Motion for Continuance of Trial and Request for Status Conference [489] by Defendants Great Escapes Pelahatchie, LP d/b/a Jellystone Park Yogi on the Lake; Great Escapes Pelahatchie Management, LLC; TJO 10x10; and Ricky Jenkins seeking a 90-day continuance of the trial scheduled in this matter and requesting a status conference with the Court to discuss the setting of the separate trial dates. The Pritchett Plaintiffs have filed a response [490] taking exception to a remark in the motion about separate trials but not opposing the continuance or the conference. The Court finds that the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that the jury trial in this matter, currently set for a two-week term commencing on November 4, 2024, shall be continued for 90 days and reset by separate notice. Lead counsel for each party or set of parties is directed to contact the Court Administrator, Shone Powell, for setting the status conference.

**SO ORDERED AND ADJUDGED** this the 13th day of September, 2024.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE